# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              NO. 4:13CR00219-005 SWW

QUENTIN GRAYS                                              DEFENDANT


### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant *Quentin Grays* pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the indictment against defendant *Quentin Grays* [doc #103] be ***GRANTED***, and the indictment pending against defendant *Quentin Grays*  is ***dismissed without prejudice***.

DATED this 4th day of September, 2014.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE